# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID LITTLEFIELD, MICHELLE LITTLEFIELD, TRACY ACORD, DEBORAH CANARY, FRANCIS CANARY, JR., VERONICA CASEY, PATRICIA COLBERT, VIVIAN COURCY, WILL COURCY, DONNA DeFARIA, ANTONIO DeFARIA, KIM DORSEY, KELLY DORSEY, FRANCIS LAGACE, JILL LAGACE, DAVID LEWRY, KATHLEEN LEWRY, MICHELE LEWRY, RICHARD LEWRY, ROBERT LINCOLN, CHRISTINA McMAHON, CAROL MURPHY, DOROTHY PEIRCE, DAVID PURDY and LOUISE SILVA,<br>　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington DC 20240, SALLY JEWELL, in her official capacity as Secretary, U.S. Department of the Interior, 1849 C Street, N.W., Washington, DC 20240, BUREAU OF INDIAN AFFAIRS, U.S. Department of the Interior, 1849 C Street, N.W., Washington, DC 20240, LAWRENCE ROBERTS, in his official capacity as Acting Assistant Secretary - Indian Affairs, U.S. Department of the Interior, 1849 C Street, N.W., Washington, DC 20240, UNITED STATES OF AMERICA.<br>　　　　　Defendants. | Civil Action No.<br>1:16-CV-10184-ADB |

## THE MASHPEE WAMPANOAG INDIAN TRIBE'S MOTION TO INTERVENE

The Mashpee Wampanoag Indian Tribe ("the Tribe" or "the Mashpee") respectfully moves this Court for an order granting its intervention as a defendant in the above-captioned case under Federal Rules of Civil Procedure 24(a) or 24(b). The Tribe seeks to intervene in order to: 1) participate in any motion practice remaining in the District Court; and 2) appeal the Court's July 28, 2016 Memorandum and Order ("the Order"), all of which will profoundly affect the Tribe's rights. Memorandum & Order, Jul. 28, 2016 (Dkt. No. 87), at 22. The Department of the

Interior assets to the Tribe's intervention on a permissive basis under Rule 24(b).

In support of this motion, the Tribe submits the accompanying memorandum of law and the Affidavit of Cedric Cromwell, Chairman of the Tribe and President of the Mashpee Wampanoag Gaming Authority.

        Respectfully submitted,

        MASHPEE WAMPANOAG INDIAN TRIBE,

        By its attorneys,

        /s/ Benjamin J. Wish
        Howard M. Cooper, Esq. (BBO#543842)
        hcooper@toddweld.com
        Max D. Stern, Esq. (BBO#479560)
        mstern@toddweld.com
        Benjamin J. Wish, Esq. (BBO#672743)
        bwish@toddweld.com
        TODD & WELD LLP
        One Federal Street, 27th Floor
        Boston, MA  02110
        (617) 720-2626

        Arlinda F. Locklear, Esq. (D.C. Bar #962845)
        alocklearesq@verizon.net
        4113 Jenifer Street, NW
        Washington, D.C. 20015
        (202) 237-0933
        *Admission pro hac vice pending*

Dated:  August 15, 2016

### Certificate Pursuant to Local Rule 7.1(A)(2)

I, Benjamin J. Wish, hereby certify that on behalf of prospective intervenor the Mashpee Wampanoag Indian Tribe and in accordance with Rule 7.1(A)(2) counsel for the Tribe has conferred with counsel for the plaintiffs and defendant in the above-captioned matter in a good faith attempt to narrow or resolve the issues raised by this motion. The Department of the Interior assents to permissive intervention of the Tribe, but not to intervention as of right. Plaintiffs oppose this motion.

        /s/ Benjamin J. Wish
        Benjamin J. Wish

1

## Certificate of Service

  I, Benjamin J. Wish, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2016.

                /s/ Benjamin J. Wish
                Benjamin J. Wish