IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID LITTLEFIELD, MICHELLE LITTLEFIELD, TRACY ACORD, DEBORAH CANARY, FRANCIS CANARY, JR., VERONICA CASEY, PATRICIA COLBERT, VIVIAN COURCY, WILL COURCY, DONNA DeFARIA, ANTONIO DeFARIA, KIM DORSEY, KELLY DORSEY, FRANCIS LAGACE, JILL LAGACE, DAVID LEWRY, KATHLEEN LEWRY, MICHELE LEWRY, RICHARD LEWRY, ROBERT LINCOLN, CHRISTINA McMAHON, CAROL MURPHY, DOROTHY PEIRCE, DAVID PURDY, and LOUISE SILVIA,<br><br>                      Plaintiffs,<br>         v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, SALLY JEWELL, in her official capacity as Secretary of the Interior, BUREAU OF INDIAN AFFAIRS, LAWRENCE ROBERTS, in his official capacity as Acting Assistant Secretary–Indian Affairs, and UNITED STATES OF AMERICA,<br><br>                      Defendants,<br><br>MASHPEE WAMPANOAG TRIBE,<br><br>                      Intervenor-Defendant. | CIVIL ACTION NO. 1:16-cv-10184-WGY<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that, through undersigned counsel, the United States Department of the Interior, Sally Jewell in her official capacity as Secretary of the Interior, the Bureau of Indian Affairs, Lawrence Roberts in his official capacity as Acting Assistant Secretary–Indian Affairs, and the United States of America hereby appeal to the United States Court of Appeals for the First Circuit from (1) the Memorandum & Order entered in the above-named action on July 28, 2016 (ECF No. 87); (2) the Judgment entered in the above-named action on July 28,

2016 in connection with the July 28, 2016 Order (ECF No. 88); and (3) the Order entered in the above-named action on October 12, 2016 (ECF No. 121).

DATED: December 8, 2016

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

/s/ *Rebecca M. Ross*

**OF COUNSEL**:
BETHANY SULLIVAN
Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior

REBECCA M. ROSS, Trial Attorney
JOANN KINTZ, Trial Attorney
STEVEN MISKINIS, Trial Attorney
Indian Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
Tel:   (202) 616-3148
Fax:   (202) 305-0275
Email: rebecca.ross@usdoj.gov

*Attorneys for the United States*

# CERTIFICATE OF SERVICE

I, Rebecca M. Ross, hereby certify that, on December 8, 2016, the foregoing NOTICE OF APPEAL will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Rebecca M. Ross*

REBECCA M. ROSS, Trial Attorney
Indian Resources Section
Environment & Natural Resources Division
United States Department of Justice