Daniel D. Tavares    Honorable Judge William G. Young
#0004657, B.C.C.F    U.S. District Court
6000 Sheriffs Place   One Courthouse Way, St. 2300
Bourne, MA 02532     Boston, MA 02210

December 28, 2016

RE: Transmission of Record to First Circuit Court
of Appeals, All my Filings

Dear Your Honor,

Can you please transmit the record of everything I have sent you to the First Circuit Court of Appeals in the case, <u>City of Taunton v. Dept. of Interior</u>. Thank you very much for your attention to this matter. If the Court has any questions, my Tribal Council Representative Carleton Hendricks can be reached there.

Very Truly Yours,

*Daniel D. Tavares*
Daniel D. Tavares

Handwritten Copy - Mashpee Wampanoag Tribal Court
                   Barnstable County Commissioners
                   Town of Mashpee



Assistant Secretary—Indian Affairs by part 209 of the Departmental Manual.

A proclamation was issued according to the Act of June 18, 1934 (48 Stat. 984; 25 U.S.C. 467) for the lands described below. The land was proclaimed to be the Mashpee Wampanoag Reservation of the Mashpee Wampanoag Tribe. The approximate acreages described below are those identified in Attachment I of the Record of Decision signed by the Assistant Secretary—Indian Affairs on September 18, 2015.

# Parcel 1—213 Sampsons Mill Road (Assessor's Parcel 63-10-0-R)

Description of land in the Commonwealth of Massachusetts, County of Barnstable, Town of Mashpee on the east side of Quippish Road, and the south side of Sampsons Mill Road more particularly shown as Lot 6 on a plan entitled "Plan of Land in Mashpee, Mass. Jill Slaymaker in Mashpee, Ma. Scale 1" = 100', Date March 22, 1985" prepared by Edward E. Kelley Reg. Land Surveyor and recorded in Barnstable County Registry of Deeds, Plan Book 401 Page 97. Bounded and described as follows:

Beginning at a concrete bound at the intersection of Quippish Road and Linwood Street and the southwesterly corner of the parcel herein described;

Thence N 01°28'19" W along the easterly sideline of Quippish Road a distance of 258.98 feet to a concrete bound;

Thence N 14°02'10" W along the easterly sideline of Quippish Road on a distance of 209.57 feet to a concrete bound;

Thence N 20°57'57" W along the easterly sideline of Quippish Road a distance of 266.53 feet to a point near a concrete bound disturbed at the land now or formerly of Willowbend Community Trust;

Thence N 68°19'49" E along land now or formerly of Willowbend Community Trust a distance of 335.86 feet to a concrete bound;

Thence N 18°23'09" W along land now or formerly of Willowbend Community Trust a distance of 391.81 feet to a concrete bound at the easterly sideline of Quippish Road;

Thence N 18°23'09" W along the easterly sideline of Quippish Road a distance of 355.84 feet to a mag nail set at the southerly sideline of Sampsons Mill Road;

Thence S 70°51'50" E along the southerly sideline of Sampsons Mill Road a distance of 528.32 feet to a concrete bound at the point of curvature;

Mashpee Wampanoag Tribe v. Town of Mashpee 447 F.Supp. 940 (1978)

Mashpee Tribe v. New Seabury Corp., 592 F.2d 575 (1979)

Mashpee Tribe v. Watt, 542 F.Supp. 979 (1982)

Bingham 616 F.3d 1, at note 7