# United States Court of Appeals
## For the First Circuit

No. 16-2481

DAVID LITTLEFIELD; MICHELLE LITTLEFIELD; TRACY ACORD; DEBORAH CANARY; VERONICA CASEY; PATRICIA COLBERT; VIVIAN COURCY; DONNA DEFARIA; KIM DORSEY; FRANCIS LAGACE; WILL COURCY; ANTONIO DEFARIA; KELLY DORSEY; JILL LAGACE; DAVID LEWRY; KATHLEEN LEWRY; ROBERT LINCOLN; CHRISTINA MCMAHON; CAROL MURPHY; DOROTHY PEIRCE; DAVID PURDY; LOUISE SILVIA; FRANCIS CANARY, JR.; MICHELLE LEWRY; RICHARD LEWRY,

Plaintiffs - Appellees,

v.

US DEPT OF THE INTERIOR; RYAN ZINKE, in her official capacity as Secretary - U.S. Department of the Interior; BUREAU OF INDIAN AFFAIRS, U.S. Department of the Interior; LAWRENCE ROBERTS, Acting Assistant Secretary, Indian Affairs, U.S. Department of the Interior; UNITED STATES,

Defendants - Appellants,

MASHPEE WAMPANOAG INDIAN TRIBE,

Defendant.

### JUDGMENT

Entered: May 8, 2017
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Matthew J. Frankel
Adam Matthew Bond
David Henry Tennant
Francis Lagace
Dina Michael Chaitowitz
Thekla Hansen-Young
Steven Miskinis
Rachel Eileen Heron
Max D. Stern
Howard M. Cooper
Benjamin J. Wish
Jason D. Buffington
Michael J. Schaller