# United States Court of Appeals
## For the First Circuit

No. 16-2481

DAVID LITTLEFIELD; MICHELLE LITTLEFIELD; TRACY ACORD; DEBORAH CANARY; VERONICA CASEY; PATRICIA COLBERT; VIVIAN COURCY; DONNA DEFARIA; KIM DORSEY; FRANCIS LAGACE; WILL COURCY; ANTONIO DEFARIA; KELLY DORSEY; JILL LAGACE; DAVID LEWRY; KATHLEEN LEWRY; ROBERT LINCOLN; CHRISTINA MCMAHON; CAROL MURPHY; DOROTHY PEIRCE; DAVID PURDY; LOUISE SILVIA; FRANCIS CANARY, JR.; MICHELLE LEWRY; RICHARD LEWRY

Plaintiffs - Appellees

v.

US DEPT OF THE INTERIOR; RYAN ZINKE, in her official capacity as Secretary - U.S. Department of the Interior; BUREAU OF INDIAN AFFAIRS, U.S. Department of the Interior; LAWRENCE ROBERTS, Acting Assistant Secretary, Indian Affairs, U.S. Department of the Interior; UNITED STATES

Defendants - Appellants

MASHPEE WAMPANOAG INDIAN TRIBE

Defendant

## MANDATE

Entered: May 8, 2017

In accordance with the judgment of May 8, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Adam Matthew Bond
Jason D. Buffington

Dina Michael Chaitowitz
Howard M. Cooper
Matthew J. Frankel
Thekla Hansen-Young
Rachel Eileen Heron
Francis Lagace
Steven Miskinis
Michael J. Schaller
Max D. Stern
David Henry Tennant
Benjamin J. Wish